UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA WOODS,

       Plaintiff(s),

                           Case No. 05-70186

v

                           HONORABLE AVERN COHN

VW CREDIT,                    UNITED STATES DISTRICT JUDGE

       Defendant(s).

_____/

## ORDER OF DISMISSAL

     Upon review of the above mentioned case filed on January 18, 2005, and no action taken;

     **IT IS ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED** according to Local Rule 41.2 for lack of prosecution.

                          s/ Avern Cohn_____
                          AVERN COHN
                          UNITED STATES DISTRICT JUDGE

Dated: August 26, 2005